IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF:<br><br>COSTCO PHARMACY #1043<br>970 RIVERSIDE PARKWAY<br>SUITE #20<br>WEST SACRAMANTO, CA 95605 | MAGISTRATE DOCKET NO. 2:13-SW-0744-EFB<br><br>**UNSEALING ORDER** |

The Court, having considered the United States' Application for an Order Lifting the Seal of the above-captioned matter (the Application), and finding good cause therefor, hereby ORDERS that:

1. The Application is GRANTED; and

2. All previously sealed documents are hereby UNSEALED.

Dated: November 19, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE